**Opinion issued July 22, 2025**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-25-00509-CV
_____

### IN RE HERBERT KOBAYASHI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Herbert Kobayashi has filed a petition for writ of mandamus to withdraw the trial court's order granting a motion for new trial.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

---

[1]  The underlying case is *Estate of Lily Kobayashi Landress, Deceased*, cause number 491,559, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Jerry Simoneaux presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.